**Janis Sakae OKAWAKI, DPA, MA, MPA, JD, BA, Plaintiff-Appellant,**

v.

**FIRST HAWAIIAN BANK, Mike Taylor, Senior Vice President and General Manager; et al., Defendants-Appellees.**

**No. 16-16011**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 *

Filed March 16, 2017

Janis Sakae Okawaki, Pro Se

Craig Kunio Shikuma, Esquire, Kobayashi Sugita & Goda, Honolulu, HI, for Defendant-Appellee First Hawaiian Bank

Sarah T. Casken, Deputy Corporation Counsel, Corporation Counsel, City and County of Honolulu, Honolulu, HI, for Defendant-Appellee City and County of Honolulu

Austin F. McCullough, Torkildson, Katz, Moore, Hetherington & Harris, Honolulu, HI, for Defendant-Appellee FCH Enterprises

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

### MEMORANDUM **

Janis Sakae Okawaki appeals pro se from the district court's judgment dismissing sua sponte her action under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo a

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

district court's dismissal for failure to state a claim. *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Okawaki's action because Okawaki failed to allege facts sufficient to state a plausible RICO claim. *See id.* at 341-42 (though pro se pleadings are to be liberally construed, a plaintiff must still present factual allegations sufficient to state a plausible claim for relief); *Living Designs, Inc. v. E.I. Dupont de Nemours & Co.*, 431 F.3d 353, 361 (9th Cir. 2005) (elements of a civil RICO claim).

Okawaki's motion (Docket Entry No. 11) is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.